WALTER J. KROMENSKI, *ET AL.*, PLAINTIFFS, v. GERALD MEYER, DEFENDANT-RESPONDENT, AND ATLANTIC CASUALTY INSURANCE COMPANY, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 47 *N. J. Super.* 434.

*Messrs. Harkavy & Lieb* for the petitioners.

*Mr. Harry Cohn* for the respondent.

January 27, 1958.  Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. EDWARD EMERY, DEFENDANT-PETITIONER.

*Mr. Louis Winer* for the petitioner.

*Mr. Frank C. Scerbo, Mr. Bertram Polow* and *Mr. Stephen B. Wiley* for the respondent.

January 27, 1958.  Granted.